UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN MILLER, | Case No.: 2:21-cv-02100-APG-VCF |
| Plaintiff | **Order** |
| v. | |
| CALVIN JOHNSON, et al., | |
| Defendants | |

In my screening order, I stayed the case for 90 days to allow the parties to participate in the Inmate Early Mediation Program. ECF No. 4 at 9. However, I noted that the stay would not apply to orders related to the motion for preliminary injunction. *Id.* at 9 n.2. Given the nature of the allegations, I order the Attorney General to respond to the motion for preliminary injunction.

I THEREFORE ORDER that within 10 days after the Attorney General enters a limited appearance for any defendant for the purpose of settlement, those defendants shall file a response to the motion for preliminary injunction (ECF No. 1-1). **The Attorney General's response will not constitute a waiver of any defense or objections, including lack of service.**

DATED this 8th day of February, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE