UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN MILLER,<br><br>  Plaintiff<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>  Defendants | Case No.: 2:21-cv-02100-APG-VCF<br><br>**Order Granting Motion to Extend Time and Denying Motion for Default Judgment**<br><br>[ECF Nos. 7, 8] |

I ORDER that the defendants' motion to extend time **(ECF No. 8) is GRANTED**. The defendants' response to plaintiff Kevin Miller's motion for preliminary injunction (ECF No. 1-2) is due by March 24, 2022.

I FURTHER ORDER that plaintiff Kevin Miller's motion for default judgment **(ECF No. 7) is DENIED** because the defendants are not in default.

DATED this 11th day of March, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE